Decided February 4, 1999

## DWAIN CHARLTON *v.* COMMISSIONER OF CORRECTION

The petitioner Dwain Charlton's petition for certification for appeal from the Appellate Court, 51 Conn. App. 87 (AC 18189), is denied.

*James A. Shanley, Jr.*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided February 4, 1999